IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| YURI TUPPINCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:18cv809–HEH |
| ) | |
| STRATFORD UNIVERSITY, INC., ) | |
| ) | |
| Defendant. ) | |

### **FINAL ORDER**

THIS MATTER is before the Court on a Joint Stipulation of Dismissal with Prejudice (ECF No. 9) filed by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: Feb. 27, 2019
Richmond, VA